

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of <br> *(Briefly describe the property to be searched or identify the person by name and address)* <br><br> items belonging to Michael Tremaine SCHEXNAYDER, DCSO Bookin # 19036601, located at Frank Crowley Criminal Courts/Dallas County Sheriff's Office Jail, 111 W. Commerce, Dallas, TX | Case No.  3:19-MJ- <br><br> **3-19MJ1023BH** |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____11/21/19_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Irma Carrillo Ramirez_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/14/19 @ 3:30 p.m.         *[signature]*
                                                                                                              *Judge's signature*

City and state:     Dallas, Texas                              IRMA CARRILLO RAMIREZ, U.S. Magistrate Judge
                                                                                                              *Printed name and title*

## ATTACHMENT A

### PROPERTY OR PREMISES KNOWN AS:

Frank Crowley Criminal Courts/Dallas County Sheriff's Office Jail, located at 111 W. Commerce, city of Dallas, Dallas County, 75208, in the Northern District of Texas – Dallas Division. The building is described as a multi-story multi-purpose brown brick and glass building utilized to house incarcerated persons along with personal property that was in the possession of that person at the time of their arrest. Building is also utilized as a Criminal Courthouse for the County of Dallas. The roadway of Commerce runs west to east, with a cross street of S. Riverfront Blvd. The entire facility is located at the northwest corner of that intersection. Location to be searched is the area where personal property, namely clothing is stored during an inmate's incarceration, specifically, items belonging to Michael Tremaine SCHEXNAYDER, DCSO Bookin # 19036601.

## ATTACHMENT B

## PROPERTY TO BE SEIZED

1. Brightly colored blue athletic shoes, belonging to Michael Tremaine SCHEXNAYDER, DCSO Bookin # 19036601;

All of the above and any other fruits, instrumentality, or evidence of violations of Title 21 United States Code, § Section 1951 – Interference with Commerce by Threats/Violence/Robbery as described in the affidavit submitted in support of the application for search warrant.

## Return

3-19MJ1023BH

| Case No.: 3:19-MJ- | Date and time warrant executed: 11/15/2019 0830 | Copy of warrant and inventory left with: Betty Davis, Property Room Sup. |
|---|---|---|

Inventory made in the presence of:
Betty Davis DCSO Property Room Supervisor

Inventory of the property taken and name of any person(s) seized:

1 pair athletic shoes - blue in color

SCS ATF 4469
Nothing More

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/15/2019

Scott C Satcher
*Executing officer's signature*

Scott C. Satcher, ATF 4469
*Printed name and title*